# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD JOSEPH COATS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PERFORMANCE FOOD GROUP, INC., a stock corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-02720-TLN-DMC<br><br>**ORDER GRANTING JOINT STIPULATION TO VACATE DATES IN INITIAL PRETRIAL SCHEDULING ORDER PENDING RULING ON DEFENDANT'S MOTION TO COMPEL INDIVIDUAL ARBITRATION**<br><br>*[Filed Under Separate Cover]* |

ORDER GRANTING JOINT STIPULATION TO VACATE DATES IN INITIAL PRETRIAL SCHEDULING ORDER PENDING RULING ON DEFENDANT'S MOTION TO COMPEL INDIVIDUAL ARBITRATION

## ORDER

The Court has reviewed and considered the Joint Notice of Pending Motion and Stipulation to Vacate Dates Set Forth in Initial Pretrial Scheduling Order Pending Ruling on Defendant's Motion to Compel Individual Arbitration (the "Stipulation") filed by Plaintiff Donald Joseph Coats ("Plaintiff") and Defendant Performance Food Group, Inc. ("PFG") (collectively, the "Parties").  The Parties' Stipulation shall be and hereby is GRANTED as follows:

1.    The dates set forth in the Court's October 3, 2024 Initial Pretrial Scheduling Order (Dkt. #2) shall be and hereby are vacated pending the Court's ruling on PFG's Motion to Compel Individual Arbitration;

2.    Should the Court retain jurisdiction over the Action following its ruling on PFG's Motion to Compel Individual Arbitration, the Court shall issue a new Pretrial Scheduling Order; and

3.    By entering into the Stipulation, the Parties do not waive and expressly reserve all claims, defenses, and challenges in this Action including, without limitation, with respect to the Complaint and/or the arbitrability of the Action in this action and any arbitral proceedings thereon.

**IT IS SO ORDERED.**

Dated: January 15, 2026                                   _____
                                                                        Troy L. Nunley
                                                                        Chief United States District Judge

1

ORDER GRANTING JOINT STIPULATION TO VACATE DATES IN INITIAL PRETRIAL SCHEDULING ORDER PENDING RULING ON DEFENDANT'S MOTION TO COMPEL INDIVIDUAL ARBITRATION